IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ARDIS ROY MELTON,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:12-CV-1483-L (BH)** |
| | § | |
| **TEXAS DEPARTMENT OF PUBLIC SAFETY,** | § | |
| | § | |
| Defendant. | § | |

# ORDER

This case was referred to Magistrate Judge Irma Carrillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on May 16, 2012, recommending that the action be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff Ardis Roy Melton ("Melton"), who is proceeding *pro se*, did not file objections to the Report but instead filed a notice of interlocutory appeal with the Fifth Circuit as to the magistrate judge's May 15, 2012 denial of Melton's motion for appointment of counsel. After reviewing the pleadings, file, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses with prejudice** this action as frivolous.

**It is so ordered** this 31st day of May, 2012.

Sam A. Lindsay
United States District Judge

Order – Solo Page